IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States America, | CR 94-00205-TUC-RCC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| Ivan Arredondo-Ramirez (#2),<br>Antonio Felix-Grijalva (#5),<br>Jorge LNU (#7), | |
| Defendant. | |

On motion of the United States of America, good cause having been shown,

IT IS ORDERED that the indictment against defendants IVAN ARREDONDO-RAMIREZ (#2), ANTONIO FELIX-GRIJALVA (#5), and JORGE LNU (#7), is DISMISSED WITHOUT PREJUDICE and the arrest warrants for the defendants issued February 1, 2002, and any other arrest warrants for these defendants in this case are QUASHED.